**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6230**

───────────

WILLIAM M. A. DECORY,

        Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

        Respondent - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:22-hc-02115-FL)

───────────

Submitted:  September 19, 2023                    Decided:  October 23, 2023

───────────

Before HARRIS and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

William M. A. DeCory, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William M. A. DeCory, a former federal pretrial detainee, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition without prejudice because the federal charges against him were dismissed. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *DeCory v. United States*, 5:22-hc-02115-FL (E.D.N.C. Feb. 28, 2023). We deny DeCory's motion for default judgment and injunctive relief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*